JOSEPHINE W. PRESTON, Respondent, v. GEORGE R. PRESTON, Appellant.—

Order granting alimony and counsel fee affirmed, with ten dollars costs and disbursements. The cause should be placed on the calendar and promptly tried. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALOIS M. BACHMEYER, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.